Attachment to Civil Cover Sheet – Attorney Contact Information

Raquel Toledo
Trial Attorney
Consumer Protection Branch
Department of Justice, Civil Division
P.O. Box 386
Washington, DC 20044
t. 202-532-4719
f. 202-514-8742
Raquel.Toledo@usdoj.gov

Melissa M. Green
Assistant U.S. Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002
t. 713-567-9519
Melissa.Green@usdoj.gov

*Attorneys for Plaintiff*

Eric A. Hawley
Garcia & Hawley, PLLC
801 Travis Street, Suite 2175
Houston, TX 77002
t. 713-333-1021
f. 713-333-1029
EHawley-team@GHTexasLaw.com

Stephen T. Snow
Bendin, Sumrall & Ladner, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 800
Atlanta, GA 30309
t. 404-671-3107
SSnow@bsllaw.net

*Attorneys for Defendants*